Same case below, 59 So. 3d 107.

**No. 10-10625. Ronald Keith Ellis, Petitioner v. Rick Jacobs, Warden.**

565 U.S. 841, 132 S. Ct. 154, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6067.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10626. Oliver Crawford, Petitioner v. Illinois.**

565 U.S. 842, 132 S. Ct. 154, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6085.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1184, 376 Ill. Dec. 785, 1 N.E.3d 118.

**No. 10-10627. Steven Walter Eason, Petitioner v. Ronald W. King, Superintendent, South Mississippi Correctional Facility.**

565 U.S. 842, 132 S. Ct. 154, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6162.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10631. Edward Williams, Petitioner v. Thomas Teodosio, et al.**

565 U.S. 842, 132 S. Ct. 154, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6054.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10632. Catherine A. McLachlan, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 842, 132 S. Ct. 154, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6202.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 392 Fed. Appx. 493.

**No. 10-10633. Carvin Rudolph, Petitioner v. Michigan.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6234.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-10636. Jon Evan Cearlock, Petitioner v. Illinois.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 5922.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 402 Ill. App. 3d 1211, 376 Ill. Dec. 797, 1 N.E.3d 130.

**No. 10-10638. Percy Cummings, Petitioner v. Blaine Lafler, Warden.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 70, 2011 U.S. LEXIS 6037.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.